Shane D. Cox, Esq.
Nevada Bar No. 13852
**Cox & Wilson, PLLC**
725 S. 6th St.
Las Vegas, Nevada 89101
Phone: (702) 805-8500
E-Mail: shane@coxandwilson.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA; | CASE NO: 2:24-mj-00623-BNW |
| Plaintiffs, | |
| vs. | **STIPULATION ADVISING OF REQUIREMENTS** |
| KEITH COURTNEY, | |
| Defendants. | |

    IT IS HERBY STIPULATED, by counsel for Defendant through Shane D. Cox, Esq. and Shane D. Cox, Esq. of Cox & Wilson, PLLC, that Defendant has completed the requirements he was ordered to finalize by the Court.

    Defendant completed the required DUI school on December 4, 2025, though LRS Systems, a educational provider approved by the Nevada Courts.

    Defendant completed the required Victim Impact Panel on December 4, 2025, though LRS Systems, a educational provider approved by the Nevada Courts.

    Defendant paid his fine on December 8, 2025, in full.

    Most importantly, Defendant stayed out of trouble, and has had no new arrests or citations while this case was pending.

/ / /

/ / /

/ / /

1

Therefore, counsel for Defendant does stipulate that Defendant has completed all of his requirements.

DATED THIS 19th of December, 2025.

**COX & WILSON, PLLC**

  /s/ *Shane D. Cox*
SHANE D. COX, ESQ.
Nevada Bar No. 13852
725 S. 6th Street
Las Vegas, Nevada 89101
*Attorneys for Defendant*

| | |
|---|---|
| **United States v. Courtney** | 2:24-mj-00623-BNW |

**ORDER**

Based upon the foregoing stipulation, this case is Closed.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: December 22, 2025

Respectfully Submitted by:

**COX & WILSON, PLLC**

___/s/ *Shane D. Cox*_____
SHANE D. COX, ESQ.
Nevada Bar No. 13852
725 S. 6th St.
Las Vegas, NV 89101
*Attorney for Plaintiff*